IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:     **09-cv-00505-AP**

**PAULINE CARTER,**

                Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

                Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.     APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Frederick W. Newall #10269, Esq. | DAVID M. GAOUETTE |
| 730 N. Weber, #101 | Acting United States Attorney |
| Colorado Springs, CO 80903 | |
| Telephone (719) 633-5211 | KEVIN TRASKOS |
| newallfrederick@qwestoffice.net | Assistant U.S. Attorney |
| | Deputy Chief, Civil Division |
| | United States Attorney's Office |
| | District of Colorado |
| | kevin.traskos@usdoj.gov |
| | |
| | STEPHANIE LYNN F. KILEY |
| | Special Assistant U. S. Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1961 Stout Street, Suite 1001A |
| | Denver, CO 80294 |
| | Telephone: (303) 844-0815 |
| | stephanie.kiley@ssa.gov |

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed:**   March 9, 2009

   B. **Date Complaint Was Served on U.S. Attorney's Office:**   March 13, 2009

   C. **Date Answer and Administrative Record Were Filed:**   May 11, 2009

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   **Plaintiff states:** Although counsel has undertaken a timely review of the record, the accuracy and completeness of the Administrative Record cannot be verified until after the Plaintiff's Opening brief is filed.

   **Defendant states:** to the best of counsel's knowledge, the administrative record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

   **Plaintiff states:** See Plaintiff's statement in paragraph 4, above.

   **Defendant states:** None anticipated.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

   The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

7.  **OTHER MATTERS**

    None.

8.  **BRIEFING SCHEDULE**

    A.  **Plaintiffs Opening Brief Due:**    July 9, 2009

    B.  **Defendant's Response Brief Due:**    August 10, 2009

    C.  **Plaintiffs Reply Brief (If Any) Due:**    August 24, 2009

9.  **STATEMENTS REGARDING ORAL ARGUMENT**

    A.  **Plaintiffs Statement:**  Plaintiff does not request oral argument.

    B.  **Defendant's Statement:**  Defendant does not request oral argument

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED: June 2, 2009

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Frederick W. Newall<br>FREDERICK W. NEWALL<br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>(719) 633-5211<br>newallfrederick@qwestoffice.net<br><br>Attorney for Plaintiff | DAVID M. GAOUETTE<br>Acting United States Attorney<br><br>KEVIN TRASKOS<br>Assistant U.S. Attorney<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br><br>By: s/Stephanie Lynn F. Kiley<br>   STEPHANIE LYNN F. KILEY<br>   Special Assistant United States Attorney<br>   1961 Stout Street, Suite 1001A<br>   Denver, Colorado  80294<br>   Telephone:  (303) 844-0815<br>   Stephanie.kiley@ssa.gov<br><br>   Attorneys for Defendant. |