UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.:     **09-cv-00505-AP**

**PAULINE CARTER,**

                              Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**,

                              Defendant.

## ORDER FOR ATTORNEY FEES UNDER EAJA

This matter is before the Court on Plaintiff's Unopposed Motion For Attorney Fees Under EAJA (doc. #17) filed on September, 21, 2009.  The Motion is GRANTED.  It is

**ORDERED** that the Defendant pay to Plaintiff, attorney fees under EAJA in the amount of **$3,356.83**, to the Plaintiff, in care of the Plaintiff's attorney

DATED at Denver, Colorado, this 22nd day of September, 2009.

BY THE COURT:

*s/John L. Kane*
THE HONORABLE JOHN L. KANE
United States District Court Judge